**Fill in this information to identify the case:**

Debtor name __CivilGEO, Inc.__

United States Bankruptcy Court for the: __Western__ District of __WI__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Microsoft<br>One Microsoft Way<br>Redmond, WA 98052 | support@mail.support.microsoft.com | Vendor | | | | $4,490.92 |
| 2 | 8x8 Telecommunications<br>675 Creekside Way<br>Campbell, CA 95008 | rob.waldrip@8x8.com | Vendor | | | | $3,628.78 |
| 3 | Google Cloud<br>1600 Amphitheater Pkwy.<br>Mountain View, CA 94043 | cloudsupport@google.com | Vendor | | | | $3,607.48 |
| 4 | Google Ads<br>1600 Amphitheater Pkwy.<br>Mountain View, CA 94043 | payments-noreply@google.com | Marketing Services | | | | $1,017.37 |
| 5 | Freshworks, Inc.<br>2950 S. Delaware, Ste. 201<br>San Mateo, CA 94403 | | Vendor | | | | $503.23 |
| 6 | Cloudways Ltd.<br>104 Edgeview Dr., #425<br>Broomfield, CO 80021 | no-reply@cloudways.com | Vendor | | | | $396.76 |
| 7 | Mailchimp<br>405 N. Angier Ave NE<br>Atlanta, GA 30312 | | Vendor | | | | $386.69 |
| 8 | Adobe, Inc.<br>345 Park Ave.<br>San Jose, CA 95110 | | Vendor | | | | $385.02 |

Debtor __CivilGEO, Inc._____
     Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | EGOV.com  5101 Tennyson Pkwy.  Plano, TX 75024 | | Vendor | | | | $335.71 |
| 10 | Tollfreeforwarding.com  13005 Artesia Blvd A-100  Cerritos, CA 90703 | jodi@tellfreeforwarding.com | Vendor | | | | $306.52 |
| 11 | GoDaddy.com  Legal Dept.  100 S. Mill Ave, #1600  Tempe, AZ 85281 | legal@godaddy.com | Vendor | | | | $286.65 |
| 12 | Zoom.com  55 S. Almaden Blvd.  San Jose, CA 95113 | | Vendor | | | | $237.25 |
| 13 | MMsoft Design, Ltd. dba Pulseway  6-9 Trinity Street  Dublin 2  IRELAND | vivian.bell@pulseway.com | Vendor | | | | $196.10 |
| 14 | Spectrum  12405 Powerscourt Dr.  St. Louis MO 63131-3673 | | Vendor | | | | $174.98 |
| 15 | Hiscox  104 S. Michigan Ave. #600  Chicago, IL 60603 | | | | | | $160.43 |
| 16 | TMobile  PO Box 53410  Bellevue WA 98015-3410 | | Vendor | | | | $145.88 |
| 17 | SEMRush Inc.  800 Boylston St. #2475  Boston, MA 02199 | mail@semrush.com | | | | | $139.70 |
| 18 | Eternix, Inc.  Azrieli Center  Derech Menachem Begin 132  Tel Aviv-Yafo - ISRAEL | | Pending IP Litigation Case | Contingent Disputed Unliquidated | | | $Unknown |
| 19 | Highlands Tech Info  Logix Park D-5, Sector 59  Noida Uttar Pradesh 201307  INDIA | | Vendor | Contingent | | | $Unknown |
| 20 | Wisconsin Dept. of Revenue  Special Procedures Unit  PO Box 8901  Madison WI 53708-8901 | | Sales Taxes | Unliquidated | | | $Unknown |